[No. 14621-5-II. Division Two. September 15, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
HELLARD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-01715-1, Waldo F. Stone, J., entered Janu-

ary 9, 1991. *Affirmed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Morgan, J., and Petrich, J. Pro Tem.